# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SANDOVAL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LOCKHEED MARTIN CORPORATION, a Maryland Corporation, JANE DOE, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 2:24-cv-6437 SVW-RAOx<br><br>Assigned for All Purposes to the Honorable Stephen V. Wilson<br><br>**JUDGMENT**<br><br>Complaint Filed:  July 10, 2024<br>Date of Removal: July 30, 2024<br>Trial Date:          N/A |

On April 15, 2025 the Honorable Stephen V. Wilson, United States District Court Judge in Courtroom 10A, issued a Minute Order granting Defendant Lockheed Martin Corporation's Motion for Summary Judgment, finding that there were no genuine issues of material fact as to any of Plaintiff Steven Sandoval's claims that would have precluded summary judgment. Dkt. 67. Accordingly, the evidence having been presented and having been fully considered, the issues having been duly heard and a decision having been duly rendered:

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant Lockheed Martin Corporation and against Plaintiff Steven Sandoval, that the action be dismissed on the merits, and that Defendant Lockheed Martin Corporation is entitled to seek recovery of its attorneys' fees and costs, in an amount to be determined later, if any, upon resolution of a properly noticed motion.

Dated: May 20, 2025

_____
Honorable Stephen V. Wilson
United States District Judge

4901-7903-0058, v. 1